585 A.2d 343

COHAB REALTY CORP., ETC. v. ZONING BOARD OF ADJUST-
MENT OF THE CITY OF HACKENSACK AND LYNN
YUHAS, T/A ESSEX BODY AND FENDER WORKS.

July 10, 1990.

Petition for certification denied.

585 A.2d 343

ANN DANIEL v. STATE OF NEW JERSEY, DEPARTMENT
OF TRANSPORTATION.

July 10, 1990.

Petition for certification denied. (See 239 *N.J.Super.* 563,
571 *A.2d* 1329)

585 A.2d 343

NEW JERSEY DIVISION OF YOUTH AND FAMILY
SERVICES v. J.S.D.

IN THE MATTER OF M.A.D., AN INFANT.

July 10, 1990.

Petition for certification denied.

585 A.2d 343

HUGH A. MCGUIRE, T/A MCGUIRE ASSOCIATES v.
CITY OF JERSEY CITY.

July 10, 1990.

Petition for certification granted.